IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-369-FL-1
No. 5:16-CV-959-FL

| | |
|---|---|
| GUILLERMO BERRELLEZA-CASTORENA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court sua sponte. This court has been advised that petitioner was released from the custody of the Bureau of Prisons on March 23, 2017 . Petitioner has a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, as corrected and amended (DE 35, 36), that is pending. Within twenty days hereof, petitioner is DIRECTED to advise this court whether he intends to pursue his § 2255 motion. Petitioner is WARNED that failure to respond within twenty days may lead to the dismissal of his § 2255 motion.

SO ORDERED, this the 25th day of May, 2017.

LOUISE W. FLANAGAN
United States District Judge